# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-11027

_____

JOSE J. AYALA, JR.,
JEFF SANTOS,
on behalf of themselves and as representatives
of other class members similarly situated,

                                          Plaintiffs-Appellants,

*versus*

NISSAN NORTH AMERICA, INC.,
a California corporation, and wholly owned
subsidiary of Nissan Motor Company of Japan,
d.b.a. Nissan USA,

                                          Defendant-Appellee.

_____

2                          Order of the Court                          23-11027

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:20-cv-01625-RBD-RMN

_____

ORDER:

The motion for an extension of time to and including August 4, 2023, to file Appellant's initial brief is GRANTED, with the appendix due 7 days after the filing of the brief.

/s/ Robert J. Luck
UNITED STATES CIRCUIT JUDGE